IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-0-170-MSK-BNB

ALLISON DUGAN,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

## ORDER

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 7, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 24, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge